EMMA E. GORDON, as Administratrix of the Estate of HENRY P. GORDON, Deceased, Plaintiff, *v.* BETHLEHEM STEEL COMPANY, Defendant; FORSYTHE EQUIPMENT CO., INC., et al., Respondents, and GEROSA HAULAGE & WAREHOUSE CORPORATION, Impleaded Defendant-Appellant.

Submitted April 2, 1945; decided April 12, 1945.

*Harry Schechter* and *Bernard Katzen* for motion.

*Harold V. Angevine* and *George A. Garvey* for defendant-respondent Forsythe Equipment Co., Inc., opposed.

*T. Carlyle Jones* and *Daniel Miner* for defendants-respondents Aluminum Co. of America and Defense Plant Corp., opposed.

Motion dismissed, with $10 costs and necessary printing disbursements upon the ground that the order does not finally determine the action within the meaning of the Constitution.